IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARCOS GARZA, JR.<br>　*Plaintiff*<br><br>v.<br><br>SWIFT TRANSPORTATION CO;<br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; SWIFT TRANSPORTATION SERVICES, LLC; SWIFT LEASING COMPANY, INC.; SWIFT LEASING CO., LLC; and ADRIAN WELCH<br>　*Defendants* | §§§§§§§§§§§§§ | CIVIL ACTION NO. 6:13-cv-00007 |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the parties' stipulation that this action brought by Plaintiff Marcos Garza, Jr. be dismissed with prejudice to the re-filing of all claims and causes of action contained in this action and any claims arising from the facts of this case in this or any other court. After considering the Stipulation of Dismissal with Prejudice (Doc. No. 25), this Court is of the opinion that the case be dismissed with prejudice.

It is THEREFORE ORDERED that:

The claims asserted by Plaintiff MARCOS GARZA, JR. are hereby dismissed with prejudice to the re-filing of all claims and causes of action contained in this action and any claims arising from the facts of this case in this or any other court.

**It is SO ORDERED.**

**SIGNED this 14th day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE